ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 2 2 2007
U.S. COURT OF FEDERAL CLAIMS

INTERSPORT FASHIONS WEST, INC.

v.

THE UNITED STATES

No. 07-739 T

COMPLAINT

1. On or about September 5, 2005, Intersport Fashions West, Inc. (hereinafter "Petitioner") timely filed Forms 1120X requesting a refund of corporate income taxes for fiscal year September 30, 2001 in the amount of $393,992 and for fiscal year September 30, 2002 in the amount of $583,354 (hereinafter "Refund Claims").

2. The Petitioner's Employer Identification Number is 95-3425725.

3. O November 7, 2005, the Petitioner executed a Form 2297 Waiver of Statutory Notification of Claim Disallowance allowing a suit for refund with respect to the Refund Claims within two years.

4. The Internal Revenue Service disallowed the Refund Claims on May 26, 2006.

5. Petitioner filed a Protest with the Internal Revenue Service Appeals Office on or about June 30, 2006.

6. On March 22, 2007, the Internal Revenue Service Appeals Office disallowed the Refund Claims.

7. The Refund Claims were based on a to correction of expenses allocated from the parent company of Petitioner to the Petitioner. The allocation proposed by the Petitioner was based on relative sales by Petitioner to overall sales of all entities owned by the parent of the Petitioner.

8. The Internal Revenue Service has disallowed the Refund Claims solely on the basis that Treas. Regs. §1.482-1(a)(3) does not permit the correction of the aforementioned allocation. The Petitioner disagrees with the Internal Revenue Service's application of that Regulation to the facts presented.

9. The United States Court of Federal Claims has jurisdiction over this matter under the provisions of 28 U.S.C. §1491.

Wherefore, the Petitioner requests judgment against the United States in the amount of $977,346, plus applicable interest, plus other and further relief as the Court deems just and proper.

Respectfully submitted,

INTERSPORT FASHIONS WEST, INC.

Date: October 19, 2007

By: [signature]

Donald Righthour
c/o The Fairchild Corporation
1750 Tysons Boulevard, #1400
McLean, VA 22102
Telephone: (703) 478-5963
Fax: (703) 478-5767

Attorney for Petitioner