ORIGINAL 07-739 T

FILED
OCT 22 2007
U.S. COURT OF
FEDERAL CLAIMS

R.C.F.C. 7.1 Disclosure Statement

The Petitioner is a one hundred percent (100%) indirectly owned subsidiary of The Fairchild Corporation. The Fairchild Corporation is a publicly traded on the New York Stock Exchange (NYSE Symbol:FA).

Donald Rightnour
c/o The Fairchild Corporation
1750 Tysons Boulevard, Suite 1400
McLean, VA 22102
Phone: (703) 478-5963
Fax: (703) 478-5767

Attorney for Petitioner