IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-739 T
(Judge Emily C. Hewitt)

INTERSPORT FASHIONS WEST, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of time of sixty (60) days, from December 21, 2007, to and including February 19, 2008, within which to answer or otherwise respond to the complaint filed in this matter. This is the first enlargement of time defendant has requested for this purpose.

As reason for its motion, defendant states that the undersigned trial attorney has not yet received the IRS' administrative files/materials pertaining to the defense of this income tax refund suit, or the IRS' defense recommendation. The United States' receipt and review of the administrative files/materials and the defense recommendation are necessary prerequisites to filing a meaningful response to plaintiff's complaint. Accordingly, additional time is required to allow for the receipt and review of the administrative files/materials and defense recommendation, and to prepare a response to plaintiff's complaint.

Pursuant to RCFC 6.1, defendant's counsel discussed this motion with plaintiff's counsel on December 17, 2007, and plaintiff's counsel has no objection to this enlargement of time.

WHEREFORE, defendant requests that its motion for a 60-day enlargement of time to answer or otherwise respond to plaintiff's complaint be allowed.

Respectfully submitted,

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
FAX (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

December 17, 2007