# In the United States Court of Federal Claims

No. 07-739 T

(E-Filed: December 18, 2007)

| | |
|---|---|
| INTERSPORT FASHIONS WEST, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Motion for Enlargement of Time (Motion). Based on the representations contained therein, the Motion is GRANTED.

Defendant shall file its answer on or before February 19, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge