IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-739 T
(Judge Emily C. Hewitt)

INTERSPORT FASHIONS WEST, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

**ANSWER**

Defendant, the United States, through its attorneys, hereby answers the complaint filed by Intersport Fashions West, Inc. Defendant respectfully denies each and every allegation contained therein that is not admitted below. Defendant further responds as follows:

1-6. Admits the allegations in paragraphs 1 through 6.

7. Admits the allegation in the first sentence of paragraph 7 that plaintiff filed refund claims proposing the allocation of expenses from plaintiff's parent company, and states that it lacks knowledge or information with respect to the remaining allegations in paragraph 7.

8. Admits the allegation in the first sentence of paragraph 8 that the IRS disallowed plaintiff's refund claims; denies the remaining allegations in the first sentence of paragraph 8; and admits the allegation in the second sentence of paragraph 8.

9. Admits the allegation in paragraph 9.

WHEREFORE, the complaint should be dismissed, with costs assessed against the plaintiff.

Respectfully submitted,

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
FAX (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

February 19, 2008