# In the United States Court of Federal Claims

No. 07-739 T

(E-Filed: April 17, 2008)

| | |
|---|---|
| INTERSPORT FASHIONS WEST, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the parties' Joint Preliminary Status Report, the court will hold a telephonic status conference (TSC) with the parties on Wednesday, April 30, 2008 at 2:00 p.m. EDT. The court's contract operator will initiate the telephone call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge