# In the United States Court of Federal Claims

No. 07-739 T

(E-Filed: April 30, 2008)

INTERSPORT FASHIONS WEST, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the parties' Joint Preliminary Status Report (JPSR) and the telephonic status conference (TSC) held on April 30, 2008, the parties shall restate, in more detail, the legal issues discussed in paragraph (h) of the parties' JPSR. Additionally, the parties shall suggest legal authorities that will introduce the court to treatment of the legal issues. The parties shall file their amended JPSR on or before Friday, May 9, 2008.

The court will hold a TSC on Wednesday, August 20, 2008 at 2:00 p.m. EDT to discuss the progress of discovery. The court's contract operator will initiate the telephone call.

The court adopts the following discovery schedule:

1. Completion of fact discovery on or before Friday, October 10, 2008.

2. Disclosure of initial expert reports on or before Friday, December 12, 2008.

3. Disclosure of rebuttal expert reports on or before Friday, January 9, 2009.

4. Completion of expert discovery on or before Friday, February 6, 2009.

The parties are encouraged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge