**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INTERSPORT FASHIONS WEST, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 07-739 T** |
| | ) | **The Honorable Emily C. Hewitt** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter my appearance as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jacob E. Christensen, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

July 7, 2008

s/Jacob Christensen
Jacob E. Christensen
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0878*
*Fax: (202) 514-9440*
*Email: jacob.e.christensen@usdoj.gov*