IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-739 T
(Judge Emily C. Hewitt)

INTERSPORT FASHIONS WEST, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

STATUS REPORT AND NOTICE OF INTENT
TO FILE MOTION TO DISMISS IN PART

The United States is providing this status report to give notice to the Court of its intent to file a motion to dismiss in part the complaint for lack of subject-matter jurisdiction.

Plaintiff's complaint seeks the refund of income taxes with respect to tax periods ended September 30, 2001 and September 30, 2002. Because plaintiff has not paid the full amount of tax assessed with respect to the period ended September 30, 2001, the Court lacks jurisdiction to entertain plaintiff's claim with respect to that period under the full payment doctrine of *Flora v. United States*, 362 U.S. 145 (1960), which requires assessed taxes to be fully paid before the filing of a refund suit.[1] The United States' motion will not pertain to plaintiff's claim with

[1] We note that this jurisdictional defect was previously overlooked, as reflected in both our response to the complaint and in the parties' joint preliminary status report. As full payment of the tax is a jurisdictional prerequisite, however, *see, e.g.*, *Rocovich v. United States*, 933 F.2d 991, 993 (Fed. Cir. 1991), it cannot be waived by action of the parties.

respect to the tax period ended September 30, 2002. The United States anticipates it will file its motion not later than July 22, 2008.

Respectfully submitted,

s/ Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/ Steven Frahm
Of Counsel

July 15, 2008