EXHIBIT 1

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Oct. 30, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Intersport Fashions West Inc., EIN: 95-3425725, for U.S. Corporationl Income Tax Return (Form 1120), for the tax period ending September 30, 2001, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Christine Stromberg
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

INTERSPORT FASHIONS WEST INC EIN/SSN: 95-3425725

TYPE OF TAX: U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | RETURN PREPARER TIN: 564374519 | | | |
| | NET TAXABLE INCOME 1,919,102.00 | | | |
| 05-24-2002 | RETURN FILED 29310-159-57733-2 200226 | 891,478.00 | | 07-08-2002 |
| 01-16-2001 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 255,000.00 | |
| 03-20-2001 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 420,000.00 | |
| 01-15-2001 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 30,920.97 | |
| 12-17-2001 | INITIAL INSTALLMENT PAYMENT | | 200,000.00 | |
| 02-04-2002 | EXTENSION OF TIME TO FILE EXT. DATE 06-15-2002 | | | |
| 01-15-2002 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (13,332.00) | |
| 07-08-2002 | INTEREST DUE TAXPAYER | | 21.29 | |
| 07-08-2002 | REFUND | | (1,132.26) | |
| 08-02-2004 | PRIOR TAX ABATED TENTATIVE CARRYBACK CLAIM 29354-596-91316-4 | 565,231.00- | | |
| | ADDITIONAL TAX ASSESSED 29354-596-91316-4 20042908 | 0.00 | | 08-02-2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

INTERSPORT FASHIONS WEST INC EIN/SSN: 95-3425725

TYPE OF TAX: U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-02-2004 | REFUND | | (565,231.00) | |
| 02-04-2005 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 05-24-2005 | | | |
| 05-03-2005 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 12-31-2005 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 29347-764-00016-5 20060308 | 0.00 | | 01-30-2006 |
| | QUICK ASSESSMENT 29351-363-13002-5 20062208 | 82,060.00 | | 12-29-2005 |
| | QUICK ASSESSMENT 29351-363-13002-5 08 | 12,592.00 | | 12-29-2005 |
| 07-08-2002 | INTEREST CORRECTION | | (21.29) | |
| | RESTRICTED INTEREST ASSESSED 20062208 | 7,869.92 | | 12-29-2005 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

INTERSPORT FASHIONS WEST INC EIN/SSN: 95-3425725

TYPE OF TAX: U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-28-2006 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 29347-636-10023-6 20063508 | 0.00 | | 09-11-2006 |
| 10-13-2006 | RECEIVED POA/TIA | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT REVIEW ASED 20070719 29347-486-79000-7 20071408 | 0.00 | | 04-16-2007 |
| 04-16-2007 | RENUMBERED RETURN 29347-486-79000-7 | | | |
| | FAILURE TO PAY TAX PENALTY 20073508 | 16,090.84 | | 09-10-2007 |
| 12-29-2005 | Statutory Notice of Balance Due | | | |
| 06-12-2006 | Statutory Notice of Intent to Levy | | | |
| 09-10-2007 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

INTERSPORT FASHIONS WEST INC EIN/SSN: 95-3425725

TYPE OF TAX: U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: SEPT 2001

---

BALANCE 118,634.05

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Christine Stromberg

PRINT NAME: Christine Stromberg

TITLE: Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 10/30/2007