# In the United States Court of Federal Claims

No. 07-739 T

(E-Filed: August 20, 2008)

INTERSPORT FASHIONS WEST, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Plaintiff's counsel, Donald Rightnour, contacted chambers on August 20, 2008 and left a telephone message. Plaintiff's counsel informed chambers that due to a personal emergency he was unable to file plaintiff's response to defendant's motion and that he will be unable to be present for today's telephonic status conference (TSC). When Mr. Rightnour's personal emergency abates, he shall, with defendant's counsel, contact the court to propose a new date for the TSC and file a motion to extend time to file plaintiff's response to defendant's motion.

The parties are encouraged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge