IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-739 T
(Judge Emily C. Hewitt)

INTERSPORT FASHIONS WEST, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

RESPONSE TO MOTION OF THE UNITED STATES
TO DISMISS IN PART

The United States, pursuant to RCFC 12(b)(1), moved to dismiss the complaint with respect to Plaintiff's refund claim for the tax period ended September 30, 2001 for lack of subject-matter jurisdiction. The Plaintiff asserts the motion should be denied based on the fact that the United States has not established that a valid assessment of tax is outstanding for the September 30, 2001 tax period, and the Internal Revenue Service has ignored all requests made by the Plaintiff beginning in January 2006 to prove validity of the purported tax liability.

In support of this response to the motion, Plaintiff relies on the pleadings, the accompanying brief, and the attached exhibits.

WHEREFORE, the Plaintiff prays that the United States motion to dismiss Plaintiff's refund claim with respect to the tax period ended September 30, 2001 be denied.

Respectfully submitted,

Donald Rightnour
Director of Taxes
The Fairchild Corporation
1750 Tysons Boulevard, Suite 1400
McLean, VA 22102
Phone: (703) 478-5963
Fax: (703) 478-5794
Email: drightnour@fairchild.com

August 25, 2008