# EXHIBIT 1

Commonwealth of Virginia )
)
County of Fairfax )

AFFIDAVIT OF JOHN L. FLYNN

I, John L. Flynn, being first duly sworn, hereby deposes and says:

1. I was the Senior Vice President, Tax of The Fairchild Corporation ("Fairchild" or "the Company") from September 21, 1994, through December 28, 2005. From January 1, 2006 until now, I have served as a consultant to the Company. In addition, I was the Chief Financial Officer from January 14, 2002 through October 1, 2005.

2. In the above-referenced capacities, I was involved in the acquisition by Fairchild of Intersport Fashions West, Inc. ("IFW") in 2003 and was further responsible for all matters involving the Internal Revenue Service ("IRS") audit of IFW for the taxable year ending September 30, 2001 ("FY 2001").

3. The statute of limitations to assess tax for FY 2001 expired December 31, 2005 (Exhibit 1, attached).

4. In January 2006, IFW received a bill from the IRS for taxes due as a result of certain agreed adjustments for the FY 2001 IRS tax examination.

5. Based on the late receipt of this billing, I sent a request to Ms. Josephine Robinson of the IRS requesting proof that the tax for FY 2001 was timely assessed. (Exhibit 2, attached).

6. During the period February through April 2006, there were a number of telephone exchanges with Ms. Josephine Robinson and the transcript requested in January 2006 was received in late April 2006 (Exhibit 3, attached.)

7. Based on the transcript attached as Exhibit 3, IFW concluded that no assessment had been made prior to the expiration of the statute of limitations to make said assessment which was December 31, 2005.

8. The next contact from the IRS was a Notice of Intent to Levy dated June 12, 2006 (Exhibit 4, attached).

9. Based on the above Notice of Intent to Levy, Fairchild again contacted Ms. Joephine Robinson who then sent a different transcript which she indicated showed entries posted after December 31, 2005 but dated December 29, 2005. (Exhibit 5, attached.)

10. Based on my review of the representations and exhibits, a letter dated August 16, 2006, was sent by Ann Pucci, Director of Tax for the Company, to James L. Bush of the IRS summarizing the facts in this case and, once again, requesting proof that a timely assessment was made. This letter is attached as Exhibit 6 (and includes as attachments to the letter items previously referenced as Exhibits 2-5). Also included as Exhibit 7 is the corresponding certified mail receipt. To my knowledge, no formal response was received to this letter.

This 18th day of August, 2008.

John L. Flynn

Sworn to and scribed before me this 18th day of August, 2008.

Cheryl E. Brooks, Notary Public
Commission No. 127419
My commission expires 10/31/2010

Cheryl E. Brooks
Commonwealth of Virginia
Notary Public
My Commission No. 127419
My Commission Expires 10/31/2010

Exhibit 1

| Form 872 (Rev. Dec. 2004) | Department of the Treasury-Internal Revenue Service **Consent to Extend the Time to Assess Tax** | In reply refer to: GBL:HMT:1752 Taxpayer Identification Number 95-3425725 |
|---|---|---|

Intersport Fashions West, Inc.
*(Name(s))*

taxpayer(s) of 15602 Mosher Avenue, Tustin, CA 92780

*(Number, Street, City or Town, State, ZIP Code)*

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The amount of any Federal Income *(Kind of tax)* tax due on any return(s) made by or for the above taxpayer(s) for the period(s) ended September 30, 2001

may be assessed at any time on or before December 31, 2005 *(Expiration date)*. However, if a notice of deficiency in tax for any such period(s) is sent to the taxpayer(s) on or before that date, then the time for assessing the tax will be further extended by the number of days the assessment was previously prohibited, plus 60 days.

(2) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 months after this agreement ends.

## Your Rights as a Taxpayer

You have the right to refuse to extend the period of limitations or limit this extension to a mutually agreed-upon issue(s) or mutually agreed-upon period of time. **Publication 1035, *Extending the Tax Assessment Period*,** provides a more detailed explanation of your rights and the consequences of the choices you may make. If you have not already received a Publication 1035, the publication can be obtained, free of charge, from the IRS official who requested that you sign this consent or from the IRS' web site at www.irs.gov or by calling toll free at 1-800-829-3676. Signing this consent will not deprive you of any appeal rights to which you would otherwise be entitled.

YOUR SIGNATURE HERE ——▶ ______________ *(Date signed)*

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

SPOUSE'S SIGNATURE ——▶ ______________ *(Date signed)*

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

TAXPAYER'S REPRESENTATIVE

SIGN HERE ——▶ ______________ *(Date signed)*

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B). In addition, the taxpayer(s) has been made aware of these rights.

CORPORATE NAME ——▶ INTERSPORT FASHIONS WEST, INC.

CORPORATE OFFICER(S) SIGN HERE ——▶ [signature] Vice President *(Title)* 2/24/05 *(Date signed)*

——▶ ______________ *(Title)* *(Date signed)*

I (we) am aware that I (we) have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

*(Division Executive Name - See instructions.)* *(Division Executive Title - see instructions)*

BY ______________ *(Authorized Official Signature and Title - See instructions.)* *(Date signed)*

*(Signature instructions are on the back of this form)* www.irs.gov Catalog Number 20755I Form **872** (Rev. 12-2004)

Exhibit 2

FAIRCHILDCORP

January 27, 2006

VIA FACSIMILE

Ms. Josephine Robinson
Internal Revenue Service
801 Civic Center Drive, Suite 200
Santa Ana, CA 92701-4050

Re: Intersport Fashions West, Inc.

Dear Ms. Robinson:

During the second week of January 2006, Intersport Fashions West, Inc. ("IFW") received a bill from the IRS for tax and interest for year ended September 30, 2001. The IRS notice indicated this was assessed on December 29, 2005. The Form 872 for IFW's year-end September 30, 2005 expired on December 31, 2005.

Before payment by IFW, I request that you send to me a copy of the IRS transcript showing the assessment was, in fact, made before the statute of limitations expired on December 31, 2005.

I also request you advise me which IRS Appeals Office has the Form 1120X for IFW's years ended September 30, 2001 and 2002 so that I can contact them in order to have a discussion on the claims which had been denied by IRS Agent G. Leeds before she retired in December of 2005.

You may contact me at 703 623 9225. Please send any information to me at the above address.

Very truly yours,

J. L. Flynn

THE FAIRCHILD CORPORATION 1750 TYSONS BOULEVARD, SUITE 1400 McLEAN, VIRGINIA 22102-4244 T 703.478.5800 F 703.478.5767 E www.fairchild.com

Exhibit 3

PAGE NO-0001 IRS EMPLOYEE 5071454557

DATE REQUESTED 04-13-2006 PRINT DATE 04-13-2006

FORM NUMBER: 1120 TAX PERIOD: SEPT 2001

TAXPAYER IDENTIFICATION NUMBER: 95-3425725

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427-023 BODC-LM BODCLC-4

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 04-24-2006 |
| ACCRUED PENALTY: | 0.00 | AS OF 04-24-2006 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| NET RECEIPTS: | 48,756,879.00 |
| TOTAL INCOME: | 9,937,732.00 |
| TOTAL DEDUCTIONS: | 7,315,739.00 |
| NET TAXABLE INCOME: | 1,919,102.00 |
| MINIMUM TAX AMOUNT: | 0.00 |
| PERSONAL HOLDING TAX: | 0.00 |

| | |
|---|---|
| ES/7004 PAYMENTS CLAIMED: | 904,810.00- |
| TAX PER RETURN: | 891,478.00 |

NAICS-CD:422300

05-24-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-08-2002 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>29310-159-57733-2 | 07-08-2002 | 891,478.00 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 01-16-2001 | 255,000.00- |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 03-20-2001 | 420,000.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 01-15-2001 | 30,920.97- |
| 620 | INITIAL INSTALLMENT PAYMENT | 12-17-2001 | 200,000.00- |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 06-15-2002 | 02-04-2002 | |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 01-15-2002 | 13,332.00 |
| 776 | INTEREST DUE TAXPAYER | 07-08-2002 | 21.29- |
| 846 | REFUND | 07-08-2002 | 1,132.26 |
| 295 | PRIOR TAX ABATED<br>29354-596-91316-4 | 08-02-2004 | 565,231.00- |
| 290 | ADDITIONAL TAX ASSESSED<br>29354-596-91316-4 20042908 | 08-02-2004 | 0.00 |

****************************CONTINUED ON NEXT PAGE****************************

| | | |
|---|---|---|
| 846 REFUND | 08-02-2004 | 565,231.00 |
| 560 ASSESSMENT STATUTE EXPIR DATE EXTEND TO 05-24-2005 | 02-04-2005 | |
| 560 ASSESSMENT STATUTE EXPIR DATE EXTEND TO 12-31-2005 | 05-03-2005 | |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION 29347-764-00016-5 20060308 | 01-30-2006 | 0.00 |

001051

PAGE NO-0001

```
                    *BMF MCC TRANSCRIPT-BMF LITERAL*          EMP NO 50-714-54557
                                                                  LMSB1752
 ACCOUNT NO 95-3425725                  04-13-2006
 NAME CONT- INTE                        CYCLE-200615
*********************************************************************************
FOR-5071454557 BY-5062354557 ON-04132006 TYP-X-02-200109
TIME-10:24 SRC-I   LMSB1752             PROCESSED ON-103
                                        REQUESTED TAX MODULE FOUND ON MF
```

Exhibit 4

IRS Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

Notice Number: CP 504
Notice Date: 06-12-2006
SSN/EIN: 95-3425725
Caller ID:

7176 2665 9398 6942 8851

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427023

*953425725221*

006687

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 1120 | Tax Period: 09-30-2001

| | |
|---|---|
| **Current Balance:** | $104,909.51 |
| Includes: | |
| Penalty: | $2,366.30 |
| Interest: | $0.00 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0115

Questions? Call us at **1-800-829-0115**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 06-12-2006

*write on your check:*

| 1120 | 09-30-2001 | 95-3425725 |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$104,909.51

Internal Revenue Service
OGDEN, UT 84201-0039

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427023

953425725 RZ INTE 02 2 200109 670 00010490951

95-3425725
INTE

# Penalty and Interest

About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

106687

## Penalty: $2,366.30

### 07 Paying Late

### IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce the penalty, see "Removal of Penalties - Reasonable Cause."

### Removal of Penalties - Reasonable Cause

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

### Erroneous Written Advice from IRS

We'll also remove your penalty if:

- you wrote to IRS and asked for advice on a specific issue,
- you gave IRS complete and accurate information,
- IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,
- you followed our written advice in the manner we outlined, and
- you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

- complete Form 843, Claim for Refund and Request for Abatement,
- request that IRS remove the penalty, and

IRS Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

7178 2665 9398 6942 8851

006687.294606.0053.002 2 AT 0.545 1495

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427023

006687

Exhibit 5

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**

Date: 6/23/06

Phone: 1-800-829-3903

Fax: ____________

SSN/EIN: 95-3425725

Form: 1120

In Reply Refer to: 19-02652

Dear: Taxpayer,

This is in response to our telephone conversation on 6/22/06 or the correspondence we received on ____________.

Enclosed please find:

_____ Income Information as reported to the IRS for the tax year(s) ____________. Please prepare Form(s)____________, sign and return no later than ____________.

X Account transcripts for tax year(s) 2001. Please review them and call us no later than 7/22/06 to arrange payment or discuss discrepancies.

_____ Form and/or Schedules for tax year(s) ____________. Please send the completed and signed tax returns to the Internal Revenue Service by ____________.

X Other Please Forward to Ann Ricci Director of Tax Assessment was done by 12/26/05 and it was Agreed to.

Penalties and interest will continue to accrue on the balance due accounts. Failure to comply with any of the above may result in enforcement action, which could include:

- IRS preparation of missing tax returns
- Levies placed on your financial accounts and wages
- Filing of a Federal Tax Lien
- Referral of your account to a Revenue Officer
- Disallowance of previously discussed payment arrangements

If you have any questions, contact us at 1-800-829-3903, Monday to Friday, 8:00 a.m. – 8:00 p.m.

Thank you for your cooperation.

Paula O'Brien
Operation Manager, ACS

Enclosure(s) Envelope
Transcript

(Rev. 08/23/05)

PAGE NO-0001 IRS EMPLOYEE 0172126780

DATE REQUESTED 06-22-2006 PRINT DATE 06-22-2006

FORM NUMBER: 1120 TAX PERIOD: SEPT 2001

TAXPAYER IDENTIFICATION NUMBER: 95-3425725

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427-023 BODC-LM BODCLC-4

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 102,543.21 | |
| ACCRUED INTEREST: | 0.00 | AS OF 07-03-2006 |
| ACCRUED PENALTY: | 2,839.56 | AS OF 07-03-2006 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 105,382.77 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| NET RECEIPTS: | 48,756,879.00 |
| TOTAL INCOME: | 9,937,732.00 |
| TOTAL DEDUCTIONS: | 7,315,739.00 |
| NET TAXABLE INCOME: | 1,919,102.00 |
| MINIMUM TAX AMOUNT: | 0.00 |
| PERSONAL HOLDING TAX: | 0.00 |

ES/7004 PAYMENTS CLAIMED: 904,810.00-
TAX PER RETURN: 891,478.00
NAICS-CD:422300

05-24-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-08-2002 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 29310-159-57733-2 | 07-08-2002 | 891,478.00 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 01-16-2001 | 255,000.00- |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 03-20-2001 | 420,000.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 01-15-2001 | 30,920.97- |
| 620 | INITIAL INSTALLMENT PAYMENT | 12-17-2001 | 200,000.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 06-15-2002 | 02-04-2002 | |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 01-15-2002 | 13,332.00 |
| 776 | INTEREST DUE TAXPAYER | 07-08-2002 | 21.29- |
| 846 | REFUND | 07-08-2002 | 1,132.26 |
| 295 | PRIOR TAX ABATED 29354-596-91316-4 | 08-02-2004 | 565,231.00- |
| 290 | ADDITIONAL TAX ASSESSED 29354-596-91316-4 20042908 | 08-02-2004 | 0.00 |

****************************CONTINUED ON NEXT PAGE****************************
See back

PAGE NO-0002 IRS EMPLOYEE 0172126780

| | | | |
|---|---|---|---|
| 846 | REFUND | 08-02-2004 | 565,231.00 |
| 560 | ASSESSMENT STATUTE EXPIR<br>DATE EXTEND TO 05-24-2005 | 02-04-2005 | |
| 560 | ASSESSMENT STATUTE EXPIR<br>DATE EXTEND TO 12-31-2005 | 05-03-2005 | |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>29347-764-00016-5 20060308 | 01-30-2006 | 0.00 |
| 308 | QUICK ASSESSMENT<br>29351-363-13002-5 20062208 | 12-29-2005 | 82,060.00 |
| 300 | QUICK ASSESSMENT<br>29351-363-13002-5 | 12-29-2005 | 12,592.00 |
| 772 | INTEREST CORRECTION | 07-08-2002 | 21.29 |
| 340 | RESTRICTED INTEREST ASSESSED<br>20062208 | 12-29-2005 | 7,869.92 |

Exhibit 6

FAIRCHILDCORP

The Fairchild Corporation
Tax Department
1750 Tysons Boulevard
Suite 1400
McLean, Virginia 22102-4244

Phone: (703) 478-5963
Facsimile: (703) 478-5767
Email: apucci@fairchild.com

August 16, 2006

James L. Bush, RA
Badge #33-05330
801 Civic Center Drive – Suite 200
Santa Ana, CA 92701 HMT: 1752

RE: Intersport Fashions West, Inc.
EIN: 95-3425725
Form 1120
Tax Period ending September 30, 2001 and September 30, 2002

Dear Mr. Bush:

As a result of the tax audit for Intersport Fashions West (IFW) for the years ending September 30, 2001 and September 30, 2002, certain items were agreed to with your agency during early October, 2005.

In late October, 2005 we received a notice for the agreed items for IFW related to the year ending September 30, 2002. Payment with your agency was made for the year ending September 30, 2002 in mid-November, 2005.

The statute of limitations expired for the IFW year ending September 30, 2001 on December 31, 2005. In mid-January, 2006, we received a notice for the items agreed to in October, 2005 for IFW for the year ending September 30, 2001. Due to fact that the notice was received after the statue of limitations had expired along with the fact that both tax years were agreed to in October, 2005 and the discrepancy in time between the notice of tax due for the September 30, 2002 tax year (late October, 2005) and September 30, 2001 tax year (mid-January, 2006) we wrote a letter to Ms. Josephine Robinson requesting a transcript showing the assessment was made prior to December 31, 2005 (Exhibit A).

After several messages and calls to Ms. Josephine Robinson during February, March and April, 2006 regarding the transcript request in January, 2006, we received a transcript for IFW in late April. The transcript dated April 13, 2006 (Exhibit B) indicated zero balance due for this corporation for the year ended September 30, 2001 in the Account Balance on page 1 as well as a zero balance in the last entry on page 2 dated 01-30-2006, Additional Tax Assessed by Examination . We concluded from the

transcript that the assessment for the audit was not made by December 31, 2005 and therefore was invalid.

We were surprised in mid-June, 2006 when we received a notice of levy for Form 1120 for IFW for the year ending September 30, 2001. We called the IRS office noted on the deficiency to explain our confusion and noted the transcript received from Ms. Robinson in April. The agent explained that she had additional entries on her screen and while they were dated 12-29-2005, they were posted after the January 30, 2006 entry. The agent sent us a copy of her transcript and when we received the transcript dated June 22, 2006 (Exhibit C), it indicated an Account Balance on page 1 of $102,543.21 along with additions after 01-30-2006 for Quick Assessments with a transcript date of 12-29-05.

In July, 2006 you and I spoke on this issue and I noted my confusion with the issue of the assessment being posted 12/29/05 and the sequence of events noted above that didn't support this. You then transferred me to Ms. Robinson and she explained that she thought the balance was zero but in looking at the transcript she had pulled up while we spoke, there was in-fact a balance. She assured me that the assessment was posted on 12-29-05.

Due to the circumstances noted above, I am still not convinced the assessment was made before December 31, 2005. Can you please provide the following documentation to support that the assessment was in fact made on 12-29-05.

1) IRS process of assessing and posting an item to the transcript including the timing between the agreement with the IRS to the posting on the transcript as well as the process of tracking the detail (date and time) of postings made to a transcript.
2) An explanation as to why the September 30, 2002 assessment was made in late October, 2005 and the September 30, 2001 assessment was made in mid-January, 2006 when both years were agreed to and submitted to the IRS at the same time.
3) The reason the April, 2006 transcript Account Balance shows a zero balance while the June, 2006 transcript shows a balance of approximately $105,000.

Very truly yours,

Ann Pucci

Ann Pucci
Director, Tax

cc: John Flynn, Ms. Josephine Robinson

FAIRCHILDCORP

January 27, 2006

VIA FACSIMILE

Ms. Josephine Robinson
Internal Revenue Service
801 Civic Center Drive, Suite 200
Santa Ana, CA 92701-4050

Re: Intersport Fashions West, Inc.

Dear Ms. Robinson:

During the second week of January 2006, Intersport Fashions West, Inc. ("IFW") received a bill from the IRS for tax and interest for year ended September 30, 2001. The IRS notice indicated this was assessed on December 29, 2005. The Form 872 for IFW's year-end September 30, 2005 expired on December 31, 2005.

Before payment by IFW, I request that you send to me a copy of the IRS transcript showing the assessment was, in fact, made before the statute of limitations expired on December 31, 2005.

I also request you advise me which IRS Appeals Office has the Form 1120X for IFW's years ended September 30, 2001 and 2002 so that I can contact them in order to have a discussion on the claims which had been denied by IRS Agent G. Leeds before she retired in December of 2005.

You may contact me at 703 623 9225. Please send any information to me at the above address.

Very truly yours,

J. L. Flynn

THE FAIRCHILD CORPORATION 1750 TYSONS BOULEVARD, SUITE 1400 McLEAN, VIRGINIA 22102-4241 T 703 478.5800 F 703 478 5767 E www.fairchild.com

EXHIBIT A

PAGE NO-0001 IRS EMPLOYEE 5071454557

DATE REQUESTED 04-13-2006 PRINT DATE 04-13-2006

FORM NUMBER: 1120 TAX PERIOD: SEPT 2001

TAXPAYER IDENTIFICATION NUMBER: 95-3425725

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427-023 BODC-LM BODCLC-4

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 04-24-2006 |
| ACCRUED PENALTY: | 0.00 | AS OF 04-24-2006 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| NET RECEIPTS: | 48,756,879.00 |
| TOTAL INCOME: | 9,937,732.00 |
| TOTAL DEDUCTIONS: | 7,315,739.00 |
| NET TAXABLE INCOME: | 1,919,102.00 |
| MINIMUM TAX AMOUNT: | 0.00 |
| PERSONAL HOLDING TAX: | 0.00 |

| | |
|---|---|
| ES/7004 PAYMENTS CLAIMED: | 904,810.00- |
| TAX PER RETURN: | 891,478.00 |

NAICS-CD:422300

05-24-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-08-2002 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 29310-159-57733-2 | 07-08-2002 | 891,478.00 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 01-16-2001 | 255,000.00- |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 03-20-2001 | 420,000.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 01-15-2001 | 30,920.97- |
| 620 | INITIAL INSTALLMENT PAYMENT | 12-17-2001 | 200,000.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 06-15-2002 | 02-04-2002 | |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 01-15-2002 | 13,332.00 |
| 776 | INTEREST DUE TAXPAYER | 07-08-2002 | 21.29- |
| 846 | REFUND | 07-08-2002 | 1,132.26 |
| 295 | PRIOR TAX ABATED 29354-596-91316-4 | 08-02-2004 | 565,231.00- |
| 290 | ADDITIONAL TAX ASSESSED 29354-596-91316-4 20042908 | 08-02-2004 | 0.00 |

****************************CONTINUED ON NEXT PAGE****************************

EXHIBIT B (1/3)

PAGE NO-0002 IRS EMPLOYEE 5071454557

| | | |
|---|---|---|
| 846 REFUND | 08-02-2004 | 565,231.00 |
| 560 ASSESSMENT STATUTE EXPIR DATE EXTEND TO 05-24-2005 | 02-04-2005 | |
| 560 ASSESSMENT STATUTE EXPIR DATE EXTEND TO 12-31-2005 | 05-03-2005 | |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION 29347-764-00016-5 20060308 | 01-30-2006 | 0.00 |

EXHIBIT B (2/3)

001051

PAGE NO-0001

```
                    *BMF MCC TRANSCRIPT-BMF LITERAL*        EMP NO 50-714-54557
                                                                   LMSB1752
 ACCOUNT NO 95-3425725               04-13-2006
 NAME CONT- INTE                     CYCLE-200615
*****************************************************************************
FOR-5071454557 BY-5062354557 ON 04132006 TYP X 02 200109
TIME-10:24 SRC-I   LMSB1752              PROCESSED ON-103
                                         REQUESTED TAX MODULE FOUND ON MF
```

EXHIBIT B (3/3)

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**

Date: 6/23/06
Phone: 1-800-829-3903
Fax: ____________
Dear: Taxpayer,

SSN/EIN: 95-3425725
Form: 1120
In Reply Refer to: 19-02652

This is in response to our telephone conversation on 6/22/06, or the correspondence we received on ____________.

Enclosed please find:

_____ Income information as reported to the IRS for the tax year(s) ____________. Please prepare Form(s) ____________, sign and return no later than ____________.

X Account transcripts for tax year(s) 2001. Please review them and call us no later than 7/22/06 to arrange payment or discuss discrepancies.

_____ Form and/or Schedules for tax year(s) ____________. Please send the completed and signed tax returns to the Internal Revenue Service by ____________.

X Other Please Forward to ANN Ricci Director of Tax Assessment was done by 12/29/05 and it was Agreed to.

Penalties and interest will continue to accrue on the balance due accounts. Failure to comply with any of the above may result in enforcement action, which could include:

- IRS preparation of missing tax returns
- Levies placed on your financial accounts and wages
- Filing of a Federal Tax Lien
- Referral of your account to a Revenue Officer
- Disallowance of previously discussed payment arrangements

If you have any questions, contact us at 1-800-829-3903, Monday to Friday, 8:00 a.m. – 8:00 p.m.

Thank you for your cooperation.

Sheila O'Brien
Operation Manager, ACS

Enclosure(s) Envelope Transcript

(Rev. 08/23/05)

EXHIBIT C (1/3)

PAGE NO-0001 IRS EMPLOYEE 0172126780

DATE REQUESTED 06-22-2006 PRINT DATE 06-22-2006

FORM NUMBER: 1120 TAX PERIOD: SEPT 2001

TAXPAYER IDENTIFICATION NUMBER: 95-3425725

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427-023 BODC-LM BODCLC-4

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 102,543.21 | |
| ACCRUED INTEREST: | 0.00 | AS OF 07-03-2006 |
| ACCRUED PENALTY: | 2,839.56 | AS OF 07-03-2006 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 105,382.77 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| NET RECEIPTS: | 48,756,879.00 |
| TOTAL INCOME: | 9,937,732.00 |
| TOTAL DEDUCTIONS: | 7,315,739.00 |
| NET TAXABLE INCOME: | 1,919,102.00 |
| MINIMUM TAX AMOUNT: | 0.00 |
| PERSONAL HOLDING TAX: | 0.00 |

| | |
|---|---|
| ES/7004 PAYMENTS CLAIMED: | 904,810.00- |
| TAX PER RETURN: | 891,478.00 |

NAICS-CD:422300

05-24-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-08-2002 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 29310-159-57733-2 | 07-08-2002 | 891,478.00 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 01-16-2001 | 255,000.00- |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 03-20-2001 | 420,000.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 01-15-2001 | 30,920.97- |
| 620 | INITIAL INSTALLMENT PAYMENT | 12-17-2001 | 200,000.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 06-15-2002 | 02-04-2002 | |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 01-15-2002 | 13,332.00 |
| 776 | INTEREST DUE TAXPAYER | 07-08-2002 | 21.29- |
| 846 | REFUND | 07-08-2002 | 1,132.26 |
| 295 | PRIOR TAX ABATED 29354-596-91316-4 | 08-02-2004 | 565,231.00- |
| 290 | ADDITIONAL TAX ASSESSED 29354-596-91316-4 20042908 | 08-02-2004 | 0.00 |

****************************CONTINUED ON NEXT PAGE****************************
See back

EXHIBIT C (2/3)

| | | | |
|---|---|---|---|
| 846 | REFUND | 08-02-2004 | 565,231.00 |
| 560 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 05-24-2005 | 02-04-2005 | |
| 560 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 12-31-2005 | 05-03-2005 | |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 29347-764-00016-5 20060308 | 01-30-2006 | 0.00 |
| 308 | QUICK ASSESSMENT 29351-363-13002-5 20062208 | 12-29-2005 | 82,060.00 |
| 300 | QUICK ASSESSMENT 29351-363-13002-5 | 12-29-2005 | 12,592.00 |
| 772 | INTEREST CORRECTION | 07-08-2002 | 21.29 |
| 340 | RESTRICTED INTEREST ASSESSED 20062208 | 12-29-2005 | 7,869.92 |

EXHIBIT C(3/3)

IRS Department of the Treasury Internal Revenue Service
OGDEN, UT 84201-0039

Notice Number: CP 504
Notice Date: 06-12-2006
SSN/EIN: 95-3425725
Caller ID:

7178 2665 9398 6942 8851

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427023

*953425725221*

006687

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 1120 | Tax Period: 09-30-2001

| | |
|---|---|
| Current Balance: | $104,909.51 |
| Includes: | |
| Penalty: | $2,366.30 |
| Interest: | $0.00 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0115

Questions? Call us at 1-800-829-0115

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 06-12-2006

*write on your check:*

| | | |
|---|---|---|
| 1120 | 09-30-2001 | 95-3425725 |

Find information about filing and paying taxes at www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due: $104,909.51

Internal Revenue Service
OGDEN, UT 84201-0039

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427023

953425725 RZ INTE 02 2 200103 670 00010490951

95-3425725
INTE

# Penalty and Interest

About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

106687

## Penalty: $2,366.30

### 07 Paying Late

### IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce the penalty, see "Removal of Penalties - Reasonable Cause."

### Removal of Penalties - Reasonable Cause

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

### Erroneous Written Advice from IRS

We'll also remove your penalty if:

- you wrote to IRS and asked for advice on a specific issue,
- you gave IRS complete and accurate information,
- IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,
- you followed our written advice in the manner we outlined, and
- you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

- complete Form 843, Claim for Refund and Request for Abatement,
- request that IRS remove the penalty, and

IRS Department of the Treasury Internal Revenue Service
OGDEN, UT 84201-0039

7178 2665 9398 6942 8851

006687.294606.0053.002 2 AT 0.545 1495

INTERSPORT FASHIONS WEST INC
15602 MOSHER AVE
TUSTIN CA 92780-6427023

006687

Exhibit 7

7006 0100 0005 7739 6348

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: James L. Bush / IRS
Street, Apt. No.; or PO Box No.: 801 Civic Center Dr - Suite 200
City, State, ZIP+4: Santa Ana, CA 92701

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James L Bush
Internal Revenue Service
801 Civic Center Dr - Suite 200
Santa Ana, CA
92701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] AUG 2 1 2006 ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0100 0005 7739 6348

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540