# EXHIBIT 3

TAXPAYER ADVOCATE SERVICE

The Office of the Taxpayer Advocate operates independently of any other IRS Office and reports directly to Congress through the National Taxpayer Advocate.

Date: July 8, 2008

Fairchild Corp
C/O Donald Rightnour
1750 Tysons Blvd., Ste 1400
McLean, VA 22102

Tax Form(s): 1120
Tax Period(s): Ending 200109
Case Number: 4019293
Taxpayer Identification Number: 95-3425725

Dear Mr. Rightnour:

This is a closing response to your inquiry in regards to Intersport Fashions West, Inc. The inquiry was in regards to the IRS tax assessment dated December 29, 2005, on the above tax period. You felt the statute of limitations for collection had expired and requested a full abatement.

Based on my research you have filed a refund litigation suit with the United States Tax Court. A tax refund suit involves a complete re-determination of the tax liability for a given tax period. As such, it involves every issue that could potentially affect the taxpayer's liability for that period, including all assessments, refunds, deductions, credits, etc. Based on the above Taxpayer Advocate is unable to assist with your inquiry. If you have questions in regards to the above, please contact Jacob Christensen attorney with the US Department of Justice at (202) 307-0878.

I'm sending a statement of the account balance as of August 7, 2008 to Intersport Fashions West Inc. due to the limitations of your power of attorney. The balance will include accrued penalty and interest. Penalty and interest will continue to accrue until paid.

I'm closing your inquiry in the Taxpayer Advocate Service. If you have any questions, please contact me at the telephone numbers and during the hours of operation listed below. If you prefer, you can write to me at the address or faxes below. Please provide a telephone number where you can be reached and the best time to call you.

**Taxpayer Advocate Service, 24000 Avila RD, Mail Stop 2000, Laguna Niguel, CA 92677**
**Contact: Iris Boyd – Employee Number 33-01341 Available Hours 9:30 a.m. – 5:30 p.m. M-F**
**Direct Extension 949-389-4835 Toll Free 866-804-4487 Fax 949-389-5033 Toll Free Fax 866-649-1977**
**Web Site Address www.irs.gov**

I apologize for any inconvenience this matter may have caused you.

Sincerely,

I. Boyd

Iris Boyd
Case Advocate

Enclosures: Attachments

Cc: Intersport Fashions West Inc.

Taxpayer Advocate Service, 24000 Avila RD, Mail Stop 2000, Laguna Niguel, CA 92677
Contact: Iris Boyd – Employee Number 33-01341 Available Hours 9:30 a.m. – 5:30 p.m. M-F
Direct Extension 949-389-4835 Toll Free 866-804-4487 Fax 949-389-5033 Toll Free Fax 866-649-1977
Web Site Address www.irs.gov