# In the United States Court of Federal Claims

No. 07-739 T

(E-Filed: August 26, 2008)

| | |
|---|---|
| INTERSPORT FASHIONS WEST, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the court's Order of August 20, 2008, the parties called chambers on August 26, 2008 to reschedule the telephonic status conference (TSC) originally scheduled for August 20, 2008. The court will hold a TSC on Thursday, August 28, 2008 at 2:00 p.m. EDT to discuss the progress of discovery. The court's contract operator will initiate the telephone call.

The parties are encouraged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge