# In the United States Court of Federal Claims

No. 07-739 T

(E-Filed: August 29, 2008)

| | |
|---|---|
| INTERSPORT FASHIONS WEST, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Before the court is plaintiff's Response to Motion of the United States to Dismiss in Part (Response), filed on August 25, 2008. Plaintiff's Response was originally due on August 18, 2008. Recognizing that plaintiff's counsel had a personal emergency, the court excuses the lateness of the filing. Defendant's reply is due on or before Monday, September 8, 2008.

The following supersedes the discovery schedule set by the Order of April 30, 2008. Absent good cause for an extension, completion of fact discovery shall be on or before Friday, December 12, 2008. The parties informed the court that they do not anticipate the need for expert witnesses.

The court will hold a telephonic status conference (TSC) on Friday, December 12, 2008, at 2:00 pm EST.

The parties are encouraged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt

EMILY C. HEWITT
Judge