APPENDIX A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-739 T
(Judge Emily C. Hewitt)

INTERSPORT FASHIONS WEST, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

DECLARATION OF JACOB CHRISTENSEN

I, Jacob Christensen, pursuant to the provisions of 28 U.S.C. § 1746, state as follows:

1. I am the trial attorney assigned by the Department of Justice to defend the interests of the United States in the case captioned above, and I have certain administrative files of the Internal Revenue Service in this matter.

2. The administrative file contains the following documents, that, to the best of my knowledge and belief, are true and correct copies of what they purport to be:

| Exhibit | Description |
|---|---|
| 1 | IRS Form 4549, *Income Tax Examination Changes*, signed by plaintiff to acknowledge its consent to certain assessments for the tax periods ended September of 2001 and 2002. |
| 2 | IRS Form 2859, *Request for Quick or Prompt Assessment*, reflecting a request for assessments against plaintiff with respect to its tax period ended September 2001 (first three pages of facsimile missing from original). |

I state under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2008.

Respectfully submitted,

JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878