EXHIBIT 1

Form 4549 (Rev. 9-2001) | Department of the Treasury - Internal Revenue Service Income Tax Examination Changes | Page 1 of

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No. |
|---|---|---|
| Intersport Fashions West, Inc.<br>15'/'2 Mosher Avenue<br>Tustin, CA 92780-6427 | 95-3425725 | 1120 |
| | Person with whom examination changes were discussed | Name and Title<br>John L. Flynn<br>Senior Vice-President & CFO |

| 1. Adjustments to Income | Year: 9/2001 | Year: 9/2002 | Year: 9/2003 |
|---|---|---|---|
| a. Per RAR - Form 4549-B's | 278,387 | 37,037 | 241,350 |
| 2. Total Adjustments | 278,387 | 37,037 | 241,350 |
| 3. Taxable Income Per Return or as Previously Adjusted | 959,551 | 2,989,953 | -1,662,442 |
| 4. Corrected Taxable Income | 1,237,938 | 3,026,990 | -1,421,092 |
| Tax Method | | | |
| Filing Status | | | |
| 5. Tax | 420,899 | 1,029,177 | 0 |
| 6. Alternative Taxes, If Applicable | | | |
| 7. Alternative Minimum Tax (Starting 2000) | 0 | 0 | 0 |
| 8. Corrected Tax Liability | 420,899 | 1,029,177 | 0 |
| 9. Less Credits: | | | |
| a. Foreign Tax Credit | 0 | 0 | 0 |
| b. Other Subpart B Credits | 0 | 0 | 0 |
| c. General Business Credit | 0 | 0 | 0 |
| d. Minimum Tax Credit/Academy Bond | 0 | 0 | 0 |
| 10. Balance (Line 8 less total of 9a-9d) | 420,899 | 1,029,177 | 0 |
| 11. Plus Other Taxes: | | | |
| a. Miscellaneous Tax/Recapture | 0 | 0 | 0 |
| b. Alternative Minimum Tax (Before 2000) | N/A | N/A | N/A |
| c. Environmental Tax | N/A | N/A | N/A |
| d. Other Taxes | N/A | N/A | N/A |
| 12. Total Corrected Income Tax Liability (Line 10 plus Lines 11a-11d) | 420,899 | 1,029,177 | 0 |
| 13. Total Tax Shown on Return or as Previously Adjusted | 326,247 | 1,016,584 | 0 |
| 14. Adjustments to: | | | |
| a. | 0 | 0 | 0 |
| b. | 0 | 0 | 0 |
| c. | 0 | 0 | 0 |
| d. | 0 | 0 | 0 |
| 15. Deficiency - Increase in Tax (Overassessment - Decrease in Tax) (Line 12 less Lines 13 & 14a-14d) | 94,652 | 12,593 | 0 |
| 16. Adjustment to Prepayment Credits - incr (decr) | 0 | 0 | 0 |
| 17. Balance Due or (Overpayment) (Line 15 less Line 16) Excluding interest and penalties | 94,652 | 12,593 | 0 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is shared with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms. You may be subject to backup withholding if you don't report all of the interest, dividend, or patronage dividend income you earned and if you don't pay the required tax. Once the tax has been assessed, you will be issued four notices over a 120-day period. If you don't pay the assessed tax, the IRS may require the payers to withhold a percentage of your dividend and/or interest payments.



RECEIVED
INTERNAL REVENUE SERVICE

SEP 22 2005

LM:HMT:1752

| Form 4549 (Rev. 9-2001) | Department of the Treasury - Internal Revenue Service<br>Income Tax Examination Changes | Page 2 of |
|---|---|---|

| Name of Taxpayer | Taxpayer Identification Number | Return Form No. |
|---|---|---|
| Intersport Fashions West, Inc. | 95-3425725 | 1120 |

| 18. Penalties Code Section | Year: 9/2001 | Year: 9/2002 | Year: 9/2003 |
|---|---|---|---|
| a. | 0 | 0 | 0 |
| b. | 0 | 0 | 0 |
| c. | 0 | 0 | 0 |
| d. | 0 | 0 | 0 |
| e. | 0 | 0 | 0 |
| f. | 0 | 0 | 0 |
| g. | 0 | 0 | 0 |
| h. | 0 | 0 | 0 |
| i. | 0 | 0 | 0 |
| j. | 0 | 0 | 0 |
| k. | 0 | 0 | 0 |
| l. | 0 | 0 | 0 |
| m. | 0 | 0 | 0 |
| 19. Total Penalties | 0 | 0 | 0 |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed. | 0 | 0 | 0 |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed. | 0 | 0 | 0 |
| Underpayment attributable to Tax Motivated Transactions. (TMT). The interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC Sec. 6621(c) | 0 | 0 | 0 |
| 20. Summary of Taxes Penalties and Interest: | | | |
| a. Balance Due/(Overpayment) (Line 17) | 94,652 | 12,593 | 0 |
| b. Penalties (Line 19) computed to | 0 | 0 | 0 |
| c. Interest (IRC 6601) computed to | 0 | 0 | 0 |
| d. TMT Interest computed to on TMT Underpayment | 0 | 0 | 0 |
| e. Amount due (refund) - (sum of Lines a-d) | 94,652 | 12,593 | 0 |

Other Information:

| Examiner's Signature | | | |
|---|---|---|---|
| Gerrie Leeds<br>Name: Gerrie Leeds | 33-05334<br>Employee ID | Santa Ana<br>Office | 8/29/05<br>Date |

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties shown above, plus additonal interest as provided by law. I accept any decrease in tax and penalties shown above. I understand that this report is subject to acceptance by the appropriate IRS official.

PLEASE NOTE: If a joint return was filed, BOTH taxpayers must sign.

| Signature of Taxpayer | Date | Signature of Taxpayer | Date |
|---|---|---|---|
| INTERSPORT FASHIONS WEST INC. | 9/21/05 | | |
| By J C Flynn | | Title VICE-PRESIDENT | Date |