EXHIBIT 2

**Request for Quick or Prompt Assessment**

Reason for Request: Quick ☑ Prompt ☐ Date: 12/28/2005

☐ Statutes ☐ Appeals ☐ Accounts Maint.
☐ FUTA/CAWR ☑ Exam ☐ Collections

☑ Agreed ☐ Unagreed

**Part A - Taxpayer Information**

TIN 95-3425725 Name Control INTE

Name INTERSPORT FASHIONS WEST INC

Address 15602 MOSHER AVE

TUSTIN CA 92780-

870 Agreement Date (TC 300 only) 0 9 2 2 2 0 0 5

Correspondence Received Date

23C Date (check one) 12/29/2005 | 2% Int. date 1/27/2006 | Int. Comp. Date 12/15/2003

☐ Next Available ☑ Specify

**Part B - Requester Information**

Statute Expiration Date 1 2 3 1 2 0 0 5

DLN 29356-363-13002-5

Requester Name and Address GENISSA SCOTT
CCP TEAM 104
MAIL STOP 4020
OSC

(801) 620-2106

Employee Assignment Number and Function: 0463447797

Manager's Approval (signature) Date

**Part C - Assessment Information**

1. Form Number: 1120 2. Period Ended: 200109

| Transaction | TC | Transaction Amount |
|---|---|---|
| 3a. Tax - Original Return | 150 | $ |
| 3b. | 610 | $ * Return Received Date * |
| 4a. Tax - Adjustment | 290 | $ |
| 4b. Tax - Audit | 300 | $ (2) 12,592.00 |
| 4c. * Reference Code * | | $ |
| 5a. Civil Penalty (TC 240) | 290 | $ 0.00 |
| 5b. * Reference Code * | | $ |
| 6. Failure to File Penalty | 160 | $ |
| 7. Estimated Tax Penalty | 170 | $ |
| 8. Deposit Penalty | 180 | $ |
| 9. Failure to Pay Penalty | 270 | $ |
| 10. Fraud Penalty | 320 | $ |
| 11. Negligence | 350 | $ |
| 12. TCB-RECAPT | 304 | $ (1) 82,060.00 |
| 13. Netted Interest 07/08/2002 | 772 | $ 21.29 |
| 14. Netted Interest | 772 | $ |
| 15. Netted Interest | 772 | $ |
| 16. EIC Decrease | 765 | $ |
| 17. Interest/Interest-To-Date 1 0 2 2 2 0 0 5 | 340 | $ 7,869.92 |
| 18. Total Assessments (Add Lines 3-17) | | $ 102,543.21 |
| 19. Withholding Cr. Increase | 800 | $ |
| 20. Withholding Cr. Decrease | 802 | $ |
| 21. EIC Increase | 764 | $ |
| 22. Total Lines 18-21 | | $ 102,543.21 |
| 23. Payment on Tax Module | | $ |
| 24. Balance of Tax Due (Line 22 minus Line 23) | | $ 102,543.21 |
| 25. If you made entries on lines 6-12, list all reversals of previously posted penalties which have been made in conjunction with this assessment and the date: | 161 | $ |
| | 171 | $ |
| | 181 | $ |
| | 235 | $ |
| | 271 | $ |
| | 321 | $ |
| | 351 | $ |

**Part D - Account Adjustment Information**

| Item | | Amount |
|---|---|---|
| 1. Total Income Tax Withheld (941, 943, 945) | | $ |
| 2. Taxable Social Security Wages (941, 943, 945) | | $ |
| 3. Taxable Social Sec. Tips (941) | | $ |
| 4. Taxable Medicare Wages and Tips (941) | | $ |
| 5. Fractions of Cents - Adjustment (941) | | $ |
| 6. Sick Pay - Adjustment (941) | | $ |
| 7. Tips, Group Term Life Insurance - Adj. | | $ |
| 8. Income Tax Withheld - Adj. | | $ |
| 9. Social Sec. Med. Tax-Adj (941, 943, 945) | | $ |
| 10. Special Additions to Federal Income Tax | | $ |
| 11. Special Additions to Social Security and Medicare | | |
| 12. TotalBackup Withholding Adjustment (945) | | $ |
| 13. Gross Income Paid (1042) | | |
| 14. RR Retirement Tax-Adj. (CT-1) | | $ |
| 15. | | |

ACCOUNTING BRANCH RECEIVED DEC 29 2005 REVENUE ACCTG M/S6261

16a. Abstract Number: 16b. Amount (720, 4720, 5329, 5330, TMT)
$
$
$
$

16c. Exc. Fringe Benefit 16d. Reversion

16e. Sponsor's Plan EOY 16f. IRC 4980F Amd.

17. Taxable Wages (940) $

18. Total Credit Reduction Amount (940) $

19a. State 19b. Credit Paid to State (940)

Remarks COMBINATION ASSESSMENT: GEN ADJ ASSESSMENT WITH TCB RECAPT.

MFT 31

☐ NO POA

PMA ☐

Q2 AMA Locator# 29-362-5725-02

Form 2859 (Rev. 1-2005) CAT No. 22030A Department of the Treasury - Internal Revenue Service

Manual Assessment

# Examination Closing Record

References: IRM 4.4
AIMS input: IRM 2.8

A– ☐ CC TSCLS
P1-6 CC AMCLS____

E = Long closure
F = Partial closure
I = IRA
S = Separate Spousal Assessment | 56- | E | 57- | Secondary SSN Name Control
U = Unpostable | P49-50 | E |

| Field | Entry |
|---|---|
| P7-18 TIN (NN-NNNNNNN EIN / NNN-NN-NNNN SSN) | 95-3425725 |
| P21-22 MFT | 02 |
| P24-29 Tax Period (YYYYMM) | 200109 |
| P31-34 Name Control | INTE |
| B-Name | INTERSPORT FASHIONS WEST INC 92780 |
| P36 Batch Position Indicator (NMF) | |
| P38-40 Block Number | |
| P45-47 Sequence Number | |
| C-Operator Employee No. / Date | |
| D-Reject | |
| E-Document Locator Number | |
| F-Cor. | |

| Item | No. | Entry |
|---|---|---|
| Individual Retirement Account-IRA | 01- | 0 MFT 29 |
| & Penalty Reason Code | 02- | |
| Letter Date | 03- | MMDDYYYY |
| Letter Amount | 04- | + |
| 2% Interest Date | 05- | MMDDYYYY |
| & Debit Interest "To" Date | 6A- | MMDDYYYY |
| & Credit Interest | 6B- | MMDDYYYY |
| & Compute Interest Amount | 6C- | Increase or Decrease / Cents ± |
| & Hold Code | 07- | Remarks: |
| Agreement Date | 08- | MMDDYYYY |
| & Priority Code | 09- | |
| & Settlement Amount | 10- | Cents |
| & Interest Computation Date | 11- | 12152003 |

**# * Tax, Penalty and Interest Adjustments**

| No. | Trans. Code | Amount | ± |
|---|---|---|---|
| 12- | 300 | 12,592.00 | + |
| 12- | 304 | 182,060.00 | + |
| 12- | | | ± |
| 12- | 340 | 7,850.25 | + |
| 12- | 772 | 21.29 | + |
| 12- | | | ± |
| 12- | | | ± |
| 12- | | | ± |

| Item | No. | Entry |
|---|---|---|
| # Disposal Code | 13- | 03 |
| Statute Extended to | 14- | MMDDYYYY |

**& Credit and Tax Computation Adjustments**

| No. | Ref. No. | Amount | ± |
|---|---|---|---|
| 15- | | | ± |
| 15- | | | ± |
| 15- | | | ± |
| 15- | | | ± |
| 15- | | | ± |
| 15- | | | ± |
| 15- | | | ± |
| 15- | | | ± |

| Item | No. | Entry |
|---|---|---|
| Appeals Office Code | 16- | APPEALS SECTION |
| Unagreed Amount Appealed/Petitioned | 18- | No Cents ± |
| & AIMS/MF Update Date | 19- | Ref. No. |
| Claim Rejn Date | 20- | MMDDYYYY |
| # Amount Claimed | 21- | No Cents + |
| Dollars Protected | 22- | No Cents + |
| RBP Hours | 23- | Do not include time entered in item 28. |
| Claim Type | 24- | RBP = Claim for refund Only |
| Examiner's Time | 28- | Do not include time entered in item 23. |
| Examination Technique Code | 30- | |
| Examiner's Grade | 31- | |
| Grade of Case | 32- | Related Return = R |
| Examiner's Name | 33- | |
| Adjustment Amount | 34- | No Cents ± |
| Manual Assessment Amount | 35- | No Cents |
| # * Hash Total | 36- | ± |

Include in hash total all items in shaded areas as follows: P24-29, 12, 15, 18, 21, 22, 23, 28, 34, 35, 44, 46, 52, 402, 403, 404c, 404d, 414 and 415. For items 12 and 15, include only the amounts to the right of the transaction code and ignore the decimal point.

| Item | No. | Entry |
|---|---|---|
| Delinquent Return | 37- | T = Taxpayer, R = Return |
| Fraud | 38- | C = Civil, F = Criminal |
| & Disclosure Code | 39- | |
| IMF Issue Codes (MFT 30 Only - Required entry for no change or no change with adjustment cases.) | 41-a | – |
| | b | – |
| | c | – |
| | d | – |
| | e | – |
| & Posting Delay Code | 43- | 1-6 Valid |
| I-Reviewer | Date | J-CATP Case ☐ |
| K-Tax Examiner | Geniece Scott C463447797 | Date 12232005 |

Comments

Form 5344 (Rev. 1-2005) **Page 1** Catalog No. 42466Y Department of the Treasury – **Internal Revenue Service**

(Rev. 9-2001) Income Tax Examination Changes

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No. |
|---|---|---|
| Intersport Fashions West, Inc. | 95-3425725 | 1120 |
| 15[illegible]2 Mosher Avenue | Person with whom examination changes were discussed | Name and Title: John L. Flynn, Senior Vice-President & CFO |
| Tustin, CA 92780-6427 | | |

| | Year: 9/2001 | Year: 9/2002 | Year: 9/2003 |
|---|---|---|---|
| 1. Adjustments to Income | | | |
| a. Per RAR - Form 4549-B's | 278,387 | 37,037 | 241,350 |
| 2. Total Adjustments | 278,387 | 37,037 | 241,350 |
| 3. Taxable Income Per Return or as Previously Adjusted | 959,551 | 2,989,953 | -1,662,442 |
| 4. Corrected Taxable Income | 1,237,938 | 3,026,990 | -1,421,092 |
| Tax Method | | | |
| Filing Status | | | |
| 5. Tax | 420,899 | 1,029,177 | 0 |
| 6. Alternative Taxes, If Applicable | | | |
| 7. Alternative Minimum Tax (Starting 2000) | 0 | 0 | 0 |
| 8. Corrected Tax Liability | 420,899 | 1,029,177 | 0 |
| 9. Less Credits: | | | |
| a. Foreign Tax Credit | 0 | 0 | 0 |
| b. Other Subpart B Credits | 0 | 0 | 0 |
| c. General Business Credit | 0 | 0 | 0 |
| d. Minimum Tax Credit/Academy Bond | 0 | 0 | 0 |
| 10. Balance (Line 8 less total of 9a-9d) | 420,899 | 1,029,177 | 0 |
| 11. Plus Other Taxes: | | | |
| a. Miscellaneous Tax/Recapture | 0 | 0 | 0 |
| b. Alternative Minimum Tax (Before 2000) | N/A | N/A | N/A |
| c. Environmental Tax | N/A | N/A | N/A |
| d. Other Taxes | N/A | N/A | N/A |
| 12. Total Corrected Income Tax Liability (Line 10 plus Lines 11a-11d) | 420,899 | 1,029,177 | 0 |
| 13. Total Tax Shown on Return or as Previously Adjusted | 326,247 | 1,016,584 | 0 |
| 14. Adjustments to: | | | |
| a. | 0 | 0 | 0 |
| b. | 0 | 0 | 0 |
| c. | 0 | 0 | 0 |
| d. | 0 | 0 | 0 |
| 15. Deficiency - Increase in Tax (Overassessment - Decrease in Tax) (Line 12 less Lines 13 & 14a-14d) | 94,652 | 12,593 | 0 |
| 16. Adjustment to Prepayment Credits - incr (decr) | 0 | 0 | 0 |
| 17. Balance Due or (Overpayment) (Line 15 less Line 16) Excluding interest and penalties | 94,652 | 12,593 | 0 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is shared with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms. You may be subject to backup withholding if you don't report all of the interest, dividend, or patronage dividend income you earned and if you don't pay the required tax. Once the tax has been assessed, you will be issued four notices over a 120-day period. If you don't pay the assessed tax, the IRS may require the payers to withhold a percentage of your dividend and/or interest payments.

CG Form 4549 (Rev. 9-2001) Cat. No 23105A www.irs.gov

RECEIVED
INTERNAL REVENUE SERVICE

SEP 2 2 2005

LM:HMT:1752

| Name of Taxpayer | Taxpayer Identification Number | Return Form No. |
|---|---|---|
| Intersport Fashions West, Inc. | 95-3425725 | 1120 |

| 18. Penalties Code Section | Year: 9/2001 | Year: 9/2002 | Year: 9/2003 |
|---|---|---|---|
| a. | 0 | 0 | 0 |
| b. | 0 | 0 | 0 |
| c. | 0 | 0 | 0 |
| d. | 0 | 0 | 0 |
| e. | 0 | 0 | 0 |
| f. | 0 | 0 | 0 |
| g. | 0 | 0 | 0 |
| h. | 0 | 0 | 0 |
| i. | 0 | 0 | 0 |
| j. | 0 | 0 | 0 |
| k. | 0 | 0 | 0 |
| l. | 0 | 0 | 0 |
| m. | 0 | 0 | 0 |
| 19. Total Penalties | 0 | 0 | 0 |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed. | 0 | 0 | 0 |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed. | 0 | 0 | 0 |
| Underpayment attributable to Tax Motivated Transactions. (TMT). The interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC Sec. 6621(c) | 0 | 0 | 0 |
| 20. Summary of Taxes Penalties and Interest: | | | |
| a. Balance Due/(Overpayment) (Line 17) | 94,652 | 12,593 | 0 |
| b. Penalties (Line 19) computed to | 0 | 0 | 0 |
| c. Interest (IRC 6601) computed to | 0 | 0 | 0 |
| d. TMT Interest computed to on TMT Underpayment | 0 | 0 | 0 |
| e. Amount due (refund) - (sum of Lines a-d) | 94,652 | 12,593 | 0 |

Other Information:

| Examiner's Signature | | | |
|---|---|---|---|
| Gerrie Leeds (signature) Name: Gerrie Leeds | 33-05334 Employee ID | Santa Ana Office | 8/29/05 Date |

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties shown above, plus additonal interest as provided by law. I accept any decrease in tax and penalties shown above. I understand that this report is subject to acceptance by the appropriate IRS official.

PLEASE NOTE: If a joint return was filed, BOTH taxpayers must sign.

| Signature of Taxpayer | Date | Signature of Taxpayer | Date |
|---|---|---|---|
| INTERSPORT FASHIONS WEST, INC. | 9/21/05 | | |
| By J C Flynn (signature) | | Title VICE-PRESIDENT | Date |

Substitute For Form 4549-B

Department of the Treasury - Internal Revenue Service

Income Tax Examination Changes

| Name and Address of Taxpayer | Soc. Sec. or Employer Ident. Number |
|---|---|
| Intersport Fashions West, Inc.<br>15602 Mosher Avenue<br>Tustin, CA 92780-6427 | 95-3425725<br>Entity: |

| Adjustments to Income - Increase (Decr) | | Year: 9/2001 | Year: 9/2002 | Year: 9/2003 |
|---|---|---|---|---|
| CALC04 | NOL Deduction Decrease <Increase> | 241,350 | 0 | 0 |
| 000002 | Management Fee | 0 | 0 | 204,313 |
| 000001 | Goodwill Amortization | 37,037 | 37,037 | 37,037 |
| | Total Adjustments This Page | 278,387 | 37,037 | 241,350 |
| | Income Adjustments Including Previous Page(s) | 278,387 | 37,037 | 241,350 |

Form CG-4549-B

| | EXPLANATION OF ITEMS | Schedule No. |
|---|---|---|
| Taxpayer<br>Intersport Fashions West, Inc. | | Year Ended<br>200109;200209;200309 |

## GOODWILL AMORTIZATION

| | | Per Return | Per Exam | Adjustment |
|---|---|---|---|---|
| Amortization Expense | FYE 9/30/2001 | 111,111 | 74,074 | 37,037 |
| Amortization Expense | FYE 9/30/2002 | 111,111 | 74,074 | 37,037 |
| Amortization Expense | FYE 9/30/2003 | 111,111 | 74,074 | 37,037 |
| | | | | |

On September 24, 1999, Intersport Fashions West, Inc. converted form an "S Corporation" to a "C Corporation" upon the sale of all of Intersport Fashions West. Inc. shares by the former owners to Eurobike in a Section 338(h)(10) transaction. Part of the purchase price was contingent upon Intersport Fashions West meeting certain goals in future periods. These contingent payments were capitalized as goodwill upon date of actual payment and amortized over the remaining 15 year life of the goodwill. Certain goals were not met during FYE 9/30/2001. Therefore, certain potential contingent payments were not paid. During FYE 9/30/2001, the $500,000 stock contingency payment due on April 15, 2001 (of the $1,500,000 capitalized as goodwill for federal purposes) was never paid. Therefore, the amortization expense for FYE 9/30/2001, 9/30/2002, and 9/30/2003 was overstated and required that a correction be made.

## MANAGEMENT FEE/LEGAL FEE

| | | Per Return | Per Exam | Adjustment |
|---|---|---|---|---|
| Management Fee | FYE 9/30/2003 | 1,222,344 | 1,018,031 | 204,313 |
| | | | | |

It was determined during the examination that Intersport Fashions West, Inc. was entitled to deduct on its tax return expenses in the form of management and legal fees allocated from a German parent, Eurobike, for the FYE 9/30/2003. This adjustment corrects the amount of the allocation made to Intersport Fashions West, Inc. On the original return, the allocation to Intersport Fashions West, Inc. was performed using a blended rate of 25.5% (average of 2003 and 2002 rates). The actual 2003 rate of 21.6% should have been used. Therefore, the management fee/legal expense for FYE 9/30/2003 was overstated. This adjustment corrects the overstatement.

Form **2285**
(Rev. November 1989)
Department of the Treasury
Internal Revenue Service

**Concurrent Determinations of Deficiencies *(Increases in Tax)* and Overassessments *(Decreases in Tax)* in Cases Involving Restricted Interest Provisions of the Internal Revenue Code**

Taxpayer's Name and Identification Number: Intersport Fashions Wwest 95-3425725

Taxable Year Ended: 09/30/2001

Power of Attorney's Name and Address

**Section I - Computation of Increase (Decrease) in Tax**

Amounts representing decreases in tax are enclosed in parenthesis in Sections I and II.

Prepared by (Signature): Spencer M Thompson

Date: 12/23/2005

| Interest Notice / CI No. / CI No. / Allowed Under Code Section I.R.C. | General Adjustments (a) | Other (b) | Carryback Losses or Credits From: First Succeeding Taxable Year 09/30/2003 (c) | Second Succeeding Taxable Year (d) | Third Succeeding Taxable Year (e) | After All Adjustments (f) |
|---|---|---|---|---|---|---|
| 1. Taxable income for income tax purposes | $2,621,993 | | $2,659,030 | | | $2,621,993 |
| 2. Net adjustments | $37,037 | | $1,421,092 | | | $1,458,129 |
| 3. Correct taxable income | $2,659,030 | | $4,080,122 | | | $4,080,122 |
| 4. Tentative income tax | $904,070 | | $420,899 | | | |
| 5. Current tax credits | $0 | | $0 | | | $0 |
| 6. Less tax credit carryback | | | $0 | | | |
| 7. Income tax | $904,070 | | $420,899 | | | $420,899 |
| 8. Previous tax liability | $891,478 | | $904,070 | | | $891,478 |
| 9. Increase *(decrease)* in tax | $12,592 | | ($483,171) | | | ($470,579) |
| 10. Tentative allowance | | | $565,231 | | | $565,231 |
| 11. Net increase (decrease) in tax | $12,592 | | $82,060 | | | $94,652 |

**Section II - Interest Worksheet**

Increase/Decrease in tax $ ______

1.
2. ______
3. ______
4. ______

| Amount | From | To | Interest | Comments |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

870 Date: ______
23C Date: ______

5. ______ Increase/Decrease in tax | Name | Date of Computations | Interest to be Charged/Allowed $

Cat No. 18274Q

Form 2285 (Rev. 11-89)

# 490 Activity Summary

FED - 95-3425725 INTERSPORT FASHIONS WEST INC 1120 Tax Period: 2001/09

| | | | |
|---|---|---|---|
| Run Method: | IRS Default | Module Status: | Open/(Open) |
| Interest To: | 12/29/2005 | | |
| GATT Method: | Retain Character (New) | GATT Date: | 01/01/1995 Amount: $10,000 |
| LCU Method: | Default IRS | LCU Interest Date: | LCU Interest is OFF |
| Underpay Net Start: | All Dates Included | Overpay Net Start: | All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 07/08/2002 | | 12/15/2001 | 150 Return Filed & Assessed Tax Liab | | 891,478.00 | 891,478.00 |
| 12/28/2005 | | 12/15/2001 | 300 Additional Tax Assessment By Exa | | 12,592.00 | 904,070.00 |
| Various | | 12/15/2001 | 660 Estimated Tax | | (675,000.00) | 229,070.00 |
| 01/15/2001 | | 12/15/2001 | 716 Generated Overpay Credit Applied | | (30,920.97) | 198,149.03 |
| 12/17/2001 | 12/15/2001 | 12/17/2001 | 620 Initial Installment Payment | 200,000.00 | (200,000.00) | (1,850.97) |
| 01/15/2002 | 12/15/2001 | 01/15/2002 | 836 Overpayment Credit Elect to Next | (13,332.00) | 13,332.00 | 11,481.03 |
| 07/08/2002 | | | 846 Refund of Overpayment | | 1,132.26 | 12,613.29 |
| 07/08/2002 | 06/29/2002 | 07/08/2002 | 1011 Suspend Overpayment Interest | (1,132.26) | | 12,613.29 |
| 08/02/2004 | | 12/15/2003 | 295 Abatement of Tax with Interest C | | (565,231.00) | (552,617.71) |
| 12/28/2005 | | 12/15/2003 | 304 Additional Tax Assessment by Exa | | 82,060.00 | (470,557.71) |
| 08/02/2004 | | | 846 Refund of Overpayment | | 565,231.00 | 94,673.29 |
| 08/02/2004 | 12/15/2003 | 08/02/2004 | 1011 Suspend Overpayment Interest | (483,171.00) | | 94,673.29 |
| 12/28/2005 | 10/22/2005 | 12/28/2005 | 1010 Suspend Underpayment Interest | 102,523.54 | | 94,673.29 |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 12/15/2001 | | 150 Return Filed & Assessed Tax Liab | 891,478.00 | | | |
| | | 300 Additional Tax Assessment By Exa | 12,592.00 | | | |
| | | 660 Estimated Tax | (675,000.00) | | | |
| | | 716 Generated Overpay Credit Applied | (30,920.97) | | | 198,149.03 |
| 12/16/2001 | 12/17/2001 | Underpay Suspended | 198,149.03 | | | 198,149.03 |
| 12/17/2001 | | 620 Initial Installment Payment | (200,000.00) | | | (1,850.97) |
| 12/18/2001 | 01/15/2002 | Overpay Suspended | (1,850.97) | | | (1,850.97) |
| 01/15/2002 | | 836 Overpayment Credit Elect to Next | 13,332.00 | | | 11,481.03 |
| 01/16/2002 | 06/29/2002 | Underpay | 11,481.03 | 0.027492182 | 315.64 | 11,796.67 |
| 06/30/2002 | 07/08/2002 | Underpay | 11,796.67 | 0.001480425 | 17.46 | 11,814.13 |
| 07/08/2002 | | 846 Refund of Overpayment | 1,132.26 | | | 12,946.39 |
| 07/09/2002 | 12/15/2003 | Underpay | 12,946.39 | 0.077509262 | 1,003.47 | 13,949.86 |
| 12/15/2003 | | 295 Abatement of Tax with Interest C | (565,231.00) | | | |
| | | 304 Additional Tax Assessment by Exa | 82,060.00 | | | (469,221.14) |
| 12/16/2003 | 08/02/2004 | Overpay Suspended | (469,221.14) | | | (469,221.14) |
| 08/02/2004 | | 846 Refund of Overpayment | 565,231.00 | | | 96,009.86 |
| 08/03/2004 | 10/22/2005 | Underpay | 96,009.86 | 0.067843932 | 6,513.69 | 102,523.54 |
| 10/23/2005 | 12/28/2005 | Underpay Suspended | 102,523.54 | | | |
| | | Underpay Suspended | 0.00 | | | 102,523.54 |
| 12/29/2005 | 12/29/2005 | Underpay | 102,523.54 | 0.000191781 | 19.66 | 102,543.21 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 7,869.92 | | 7,869.92 |
| Overpayment Interest | | (21.29) | 21.29 |
| Principal Balance | | | 94,652.00 |
| | 7,869.92 | (21.29) | 102,543.21 |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com Release 6.14

Station Name: untitled Date: 12/23/2005 Time: 8:21:44 PM

ENMOD 95-3425725 BOD-CD>LM CLIENT-CD>4 NM-CTRL>INTE
CAF>C -PT -AH LST-MF-EXTRCT-CYC-ENT>200550

FYM>09
TC07X/TC09X OTHER-TELE-NUM>(703) 478-5963

PRIMARY-NAME> INTERSPORT FASHIONS WEST INC NM-LINE-YR>0000
STREET-OR-FORGN-CTY-ZIP> 15602 MOSHER AVE ADR-CHG-CY>200519
CTY/STA/ZIP-OR-FORGN-CTRY> TUSTIN CA 927806427023

RAF-INDS>311000000 PRIMARY-LOC>3350
COLLECT-LOC>34
COLL-ASGMT>23081210
TDA-YIELD-SCOR>0043457
ENTITY-ESTAB-DT>111979
NAICS-CD>424300 TDI>8
AIMS-CD>1 FMS-CD>1 EDYR>1997

WP> BOD>

LEVY SRCE PRESENT
FILING REQUIREMENTS 941>01 1120>01 940>1 1042>1
000 11291979----------------197950 95904-734-00287-9
015 10101983----------------198340 95933-687-79495-3
016 04141992----------------199218 89963-507-01380-2
Employee #0463447797 Page 001 of 004 PAGE 002