APPENDIX B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-739 T
(Judge Emily C. Hewitt)

INTERSPORT FASHIONS WEST, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DECLARATION OF SANDY MIKKELSON

I, Sandy Mikkelson, pursuant to 28 U.S.C. § 1746, make the following declaration of my personal knowledge:

1. I am currently employed by the Internal Revenue Service (IRS) as the Lead Officer of the Revenue Accounting Team in the Ogden Service Center, located in Ogden, Utah, in which capacity I have served since December 2006.

2. In my capacity as Lead Officer, I am familiar with the procedures employed in the Ogden Service Center for the making and recording of assessments, which can be summarized in part as follows:

a. The assessment process is initiated at the service center when its Accounting Branch receives a request for assessment, which is often made on IRS Form 2859, *Request for Quick or Prompt Assessment*.

b. When the request is received, it is assigned a unique, 14-digit Document Locator Number ("DLN").

c. The assessment information contained in the request is then entered into the IRS's Revenue Accounting Control System (RACS), from which a Summary Record of Assessments (RACS Report 006) is prepared at the end of each day. The Summary Record of Assessments is a computer-generated report that contains a summary of all assessments processed by the service center on a particular day.

d. The Summary Record of Assessments is then reviewed and signed by an assessment officer on the date of the assessments.

3. At the request of defendant's counsel in the above-captioned case, I have reviewed the Summary Record of Assessments prepared by the Ogden Service Center on December 29, 2005 ("the report"), which is attached hereto. Page 1 of the report indicates that assessments were entered on that day against three "corporations" and eight "individuals," and that "withholding" taxes were assessed against four other taxpayers. Page 3 of the report lists abbreviated, 11-digit Document Locator Numbers that identify the complete, 14-digit DLNs that were assigned to each of the underlying requests for assessment for that day. By omitting the last three digits, each abbreviated DLN listed in the report can refer to up to 100 documents, *i.e.*, digits 12 and 13 of a complete DLN are merely serial numbers that begin with "00," assigned to the first

document, and end at a maximum of "99." The last digit, digit 14, is the last digit of the year in which the DLN is assigned.

4. Based on this numbering system, the first DLN listed in the December 29, 2005 report, "29351363130," corresponds to documents that were assigned a unique DLN number between 29351363130-**00**-5 and 29351363130-**99**-5, including the specific document that was assigned a DLN of 29351363130-**02**-5.

5. At the request of defendant's counsel, I have also reviewed transcripts of the plaintiff's account for tax year 2001, one of which is dated June 22, 2006 and reflects assessments entered on December 29, 2005, and the other is dated April 13, 2006 and does not reflect such assessments. The assessments made on December 29, 2005, were not reflected in the earlier transcript of account because they had not posted to the master file account. There are numerous reasons for an assessment not to post to the master file account. Until the Internal Revenue Service has resolved all unpostable situations related to an assessment, the assessment will not appear on the master file account and, in turn, will not appear on the transcript of account. Once the Internal Revenue Service has resolved all the unpostable situations, the information related to those unpostable situations drops from the account and the assessment appears on the account.

I state under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of September, 2008.

Sandy Mikkelsen

SANDY MIKKELSEN
Lead Officer,
IRS Revenue Accounting Team

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Aug. 25, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of a Summary Record of Assessments, #13520051229024 dated 12/29/2005, consisting of three (03) pages. The signature on the documents is the actual written signature of the Assessment Officer entered on the respective dates.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Enid L. Stanger
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Racs Report - 006

Summary Record of Assessments

Page: 1
12/29/2005
02:56:57

OGDEN

| Certificate Number | Assessment Type | Assessment Date |
|---|---|---|
| 13530051229024 | Quick | 12292005 |

Current Assessments

| Class of Tax | Items | Tax | Penalty | Interest |
|---|---|---|---|---|
| WITHHOLDING | 0 | $0.00 | $0.00 | $0.00 |
| INDIVIDUAL | 0 | $0.00 | $0.00 | $0.00 |
| CORPORATION | 0 | $0.00 | $0.00 | $0.00 |
| EXCISE | 0 | $0.00 | $0.00 | $0.00 |
| ESTATE & GIFT | 0 | $0.00 | $0.00 | $0.00 |
| CTA | 0 | $0.00 | $0.00 | $0.00 |
| FUTA | 0 | $0.00 | $0.00 | $0.00 |
| EFTPS UNCLASSIFIED | 0 | $0.00 | $0.00 | $0.00 |
| Total Current Assessments | 0 | $0.00 | $0.00 | $0.00 |

Deficiency Assessment

| Class of Tax | Items | Tax | Penalty | Interest |
|---|---|---|---|---|
| WITHHOLDING | 4 | $910,478.54 | $4,347,010.00 | $1,925,800.10 |
| INDIVIDUAL | 8 | $19,149.00 | $336.00 | $3,828.35 |
| CORPORATION | 3 | $78,132,053.00 | $2,689,948.00 | $27,221,541.63 |
| EXCISE | 0 | $0.00 | $0.00 | $0.00 |
| ESTATE & GIFT | 0 | $0.00 | $0.00 | $0.00 |
| CTA | 0 | $0.00 | $0.00 | $0.00 |
| FUTA | 0 | $0.00 | $0.00 | $0.00 |
| EFTPS UNCLASSIFIED | 0 | $0.00 | $0.00 | $0.00 |
| Total Deficiency Assessment | 15 | $79,061,680.54 | $7,037,294.00 | $29,151,170.08 |
| Total Assessments | 15 | $79,061,680.54 | $7,037,294.00 | $29,151,170.08 |

OGDEN

| Certificate Number | Assessment Type | Assessment Date |
| --- | --- | --- |
| 13520051229024 | Quick | 12292005 |

Tax Class Summary

| Tax Class | Items | Amount |
| --- | --- | --- |
| WITHHOLDING | 4 | $7,183,288.64 |
| INDIVIDUAL | 8 | $23,313.35 |
| CORPORATION | 3 | $108,043,542.63 |
| EXCISE | 0 | $0.00 |
| ESTATE & GIFT | 0 | $0.00 |
| CTA | 0 | $0.00 |
| FUTA | 0 | $0.00 |
| EFTPS UNCLASSIFIED | 0 | $0.00 |
| | 0 | $0.00 |

| Principal Taxpayers And Amounts Related to Jeopardy Assessments | Number | Amount |
| --- | --- | --- |
| | 0 | $0.00 |

Certification

I certify that the taxes, penalty, and interest of the above classifications, hereby assessed, are specified in supporting records, subject to such corrections subsequent inquiries and determinations in respect thereto may indicate to be proper.

Signature (For Service Center Directors of Internal Revenue Service)

Linda Drebe
Assessment-Officer

Date 122905

RACS Report 006 | Summary Record of Assessments | Page: 3
12/29/2005
02:56:57

OGDEN

Certificate Number 13520051229024

Assessment Type: Quick

Assessment Date: 12292005

| Document Locator Number | Account Date |
|---|---|
| 29351363130 | 12292005 |
| 29251363200 | 12292005 |
| 29251363130 | 12292005 |
| 29251363133 | 12292005 |
| 29151363133 | 12292005 |

RACS and Manual
Summary Record of Assessments
Verification

| | |
|---|---|
| Both | |
| Assessment | VF |
| Tax Clas | VF |
| Summ | VF |
| to BI | |
| Sign | |
| Sign | |
| Manual | VF |
| Batch | |
| Math Verification | VF |